SHEP SALES CORPORATION, Appellant, v. EUGENE ROBERT SIERING, Doing Business under the Firm Name and Style of CHARLES MEYER, Respondent.— Judgment and orders affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

FANNY LAZOFF, Respondent, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

HANOVER FIRE INSURANCE COMPANY, Respondent, v. MORSE DRY DOCK AND REPAIR COMPANY, Appellant. GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Respondent, v. MORSE DRY DOCK AND REPAIR COMPANY, Appellant. EAGLE STAR & BRITISH DOMINIONS INSURANCE COMPANY, LTD., Respondent, v. MORSE DRY DOCK AND REPAIR COMPANY, Appellant. UNIVERSAL INSURANCE COMPANY, Respondent, v. MORSE DRY DOCK AND REPAIR COMPANY, Appellant.— Judgments affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Townley and Untermyer, JJ., dissent and vote for reversal.

FIFTH AVENUE BANK OF NEW YORK, Respondent, v. ESORAN REALTY CO., INC., and Others, Defendants, Impleaded with IRENE M. GASKELL and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MARY ELLEN STEINREICH, Respondent, v. KENNETH P. STEINREICH, Appellant. — Judgment so far as appealed from affirmed, with costs. No opinion. Present Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

WILLIAM G. MULLIGAN, JR., Respondent, v. ELMER A. PERINE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

SAMUEL D. GROSBY, Respondent, v. THE COURT PRESS, INC., and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

OLEN C. BASFORD, Appellant, v. STANDARD SHIPPING COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JULIUS PHILLIPS and Another, Appellants.— Judgment affirmed. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

GASPER OCCHIUTO and Another, Appellants, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ARTHUR H. GOODWIN, Respondent, v. THEODORE S. WATSON and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of FRANK SALOMONE, Petitioner, for a Certiorari Order against EDWARD P. MULROONEY and Others, Constituting The State Liquor Authority of the State of New York, Respondents.— Order of certiorari dismissed, and determination of respondents confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.